United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-11786-jkf
Nicoll M O'Donnell                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 2           Date Rcvd: Jul 21, 2016
                            Form ID: pdf900        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2016.
```
db           +Nicoll M O'Donnell,    228 Northpark Drive,    Levittown, PA 19054-3330
cr           +Inspire Federal Credit Union f/k/a Bucks First Fed,    2104 Bath Road,    Bristol, PA 19007-2104
13707027     +Emerg Phys Svcs of Nj P.A.,    6681 Country Club Drive,    Golden Valley MN 55427-4601
13691596     +KML Law Group, P.C.,    Mellon Independence Cntr, Suite 5000,    701 Market Street,
               Philadelphia, PA 19106-1538
13707894     +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
13691598    #+Michael O'Donnell,    228 Northpark Drive,    Levittown, PA 19054-3330
13691599     +Midland Funding,    2365 Northside Dr,    Ste 30,    San Diego, CA 92108-2709
13691600     +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
13691601     +Verizon,    500 Technology Dr,    Ste 30,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Jul 22 2016 02:05:45     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2016 02:05:19
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 22 2016 02:05:34     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13750389      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 22 2016 02:12:30
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
13691594     +E-mail/Text: jmerrill@inspirefcu.org Jul 22 2016 02:06:07
               Bucks Co Teachers Federal Credit Union,    2104 Bath Rd,    Bristol, PA 19007-2104
13691595     +E-mail/Text: jmerrill@inspirefcu.org Jul 22 2016 02:06:07     Inspire Federal Credit Union,
               2104 Bath Rd,    Bristol, PA 19007-2104
13691597      E-mail/Text: camanagement@mtb.com Jul 22 2016 02:05:07     M & T Bank,    1 Fountain Plz,
               Buffalo, NY 14203
13712511      E-mail/Text: camanagement@mtb.com Jul 22 2016 02:05:07     M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0840
13715623      E-mail/Text: bnc-quantum@quantum3group.com Jul 22 2016 02:05:09
               Quantum3 Group LLC as agent for,    Cascade Capital LLC Series A,    PO Box 788,
               Kirkland, WA  98083-0788
13691602     +E-mail/Text: fhbankruptcy@bluestembrands.com Jul 22 2016 02:05:55     Webbank,
               6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 10
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Nicoll M O'Donnell brad@sadeklaw.com
              J. TODD SAVARESE    on behalf of Creditor    Inspire Federal Credit Union f/k/a Bucks First Federal
               Credit Union toddsav@verizon.net
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Jul 21, 2016
                              Form ID: pdf900              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                            TOTAL: 5

Case 16-11786-jkf    Doc 25    Filed 07/23/16    Entered 07/24/16 01:08:26    Desc Imaged
Certificate of Notice    Page 2 of 3

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLL M O'DONNELL                                Chapter 13

                        Debtor            Bankruptcy No. 16-11786-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __21st__ day of __July__, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

                                    _____
                                    Jean K. FitzSimon
                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
NICOLL M O'DONNELL

228 NORTHPARK DRIVE

LEVITTOWN, PA 19054-