United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-11786-jkf
Nicoll M O'Donnell                                              Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett           Page 1 of 2           Date Rcvd: Aug 03, 2016
                              Form ID: pdf900          Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
```
db           +Nicoll M O'Donnell,    228 Northpark Drive,    Levittown, PA 19054-3330
cr           +Inspire Federal Credit Union f/k/a Bucks First Fed,    2104 Bath Road,    Bristol, PA 19007-2104
13707027     +Emerg Phys Svcs of Nj P.A.,    6681 Country Club Drive,    Golden Valley MN 55427-4601
13691596     +KML Law Group, P.C.,    Mellon Independence Cntr, Suite 5000,    701 Market Street,
               Philadelphia, PA 19106-1538
13707894     +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
13691598    #+Michael O'Donnell,    228 Northpark Drive,    Levittown, PA 19054-3330
13691599     +Midland Funding,    2365 Northside Dr,    Ste 30,    San Diego, CA 92108-2709
13691600     +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
13691601     +Verizon,    500 Technology Dr,    Ste 30,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Aug 04 2016 01:55:59     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2016 01:55:30      Pennsylvania Department of Revenue,
               Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 04 2016 01:55:54     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13750389      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 04 2016 02:03:57
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
13691594     +E-mail/Text: jmerrill@inspirefcu.org Aug 04 2016 01:56:23
               Bucks Co Teachers Federal Credit Union,    2104 Bath Rd,    Bristol, PA 19007-2104
13691595     +E-mail/Text: jmerrill@inspirefcu.org Aug 04 2016 01:56:23      Inspire Federal Credit Union,
               2104 Bath Rd,    Bristol, PA 19007-2104
13691597      E-mail/Text: camanagement@mtb.com Aug 04 2016 01:55:27      M & T Bank,    1 Fountain Plz,
               Buffalo, NY 14203
13712511      E-mail/Text: camanagement@mtb.com Aug 04 2016 01:55:27      M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0840
13715623      E-mail/Text: bnc-quantum@quantum3group.com Aug 04 2016 01:55:28
               Quantum3 Group LLC as agent for,    Cascade Capital LLC Series A,    PO Box 788,
               Kirkland, WA  98083-0788
13691602     +E-mail/Text: bnc-bluestem@quantum3group.com Aug 04 2016 01:56:19      Webbank,
               6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   M&T Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Nicoll M O'Donnell brad@sadeklaw.com
              J. TODD SAVARESE    on behalf of Creditor   Inspire Federal Credit Union f/k/a Bucks First Federal
               Credit Union toddsav@verizon.net
```

Case 16-11786-jkf    Doc 27    Filed 08/05/16    Entered 08/06/16 01:16:10    Desc Imaged
Certificate of Notice    Page 2 of 3

```
District/off: 0313-2          User: Antoinett              Page 2 of 2              Date Rcvd: Aug 03, 2016
                              Form ID: pdf900              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                  TOTAL: 5

Case 16-11786-jkf    Doc 27    Filed 08/05/16    Entered 08/06/16 01:16:10    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                              Chapter 13

16-11786-JKF        NICOLL M. O'DONNELL
                    Debtor(s)

## AMENDING ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This Court's Order of July 21, 2016 is **AMENDED** to retain jurisdiction and to set deadlines for Applications for Allowance of Administrative Expenses.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

8. In all other respects, the July 21, 2016 Dismissal Order remains in full force and effect.

Date: 8/8/16

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE