IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Nicoll M. O'Donnell | : |
| | : |
| | :      Case No.: 16-11786 JKF |
| | : |
| Debtor(s) | :      Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I hereby certify that neither an objection to the application for compensation nor an application for administrative expenses has been filed as directed in paragraph 6 of the Dismissal Order filed at Docket Number 26.

Dated: August 15, 2016          /s/ Brad J. Sadek, Esquire
                                                        Brad J. Sadek, Esquire
                                                        Sadek and Cooper
                                                        "The Philadelphia Building"
                                                        1315 Walnut Street, #502
                                                        Philadelphia, PA 19107
                                                        215-545-0008