IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Re: | : | |
|---|---|---|
| | : | Chapter 13 |
| **Nicoll O'Donnell** | : | |
| | : | Bankruptcy No.: **16-11786** |
| | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation filed on or about July 20, 2016 at Docket Number 19.

Dated: August 26, 2016

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
"The Philadelphia Building"
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008